## BOARD OF EDUCATION OF THE TOWN OF SOUTHINGTON
### *v.* AFSCME, COUNCIL 4, LOCAL 1303-072
### (13758)

DUPONT, C. J., and O'CONNELL and LAVERY, Js.

Submitted on briefs December 9, 1994—decision released January 3, 1995

---

*J. William Gagne, Jr.,* and *Harry B. Elliott, Jr.,* filed a brief for the appellant (defendant).

*Thomas N. Sullivan* and *Mark J. Sommaruga* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.